Argued July 18, affirmed August 1, 1977

In the Matter of the Marriage of
VAILE, *Respondent—Cross-Appellant,*
*and*
VAILE, *Appellant—Cross-Respondent.*
(No. 31573, CA 7750)
566 P2d 1226

Gretchen R. Morris, Corvallis, argued the cause for appellant—cross-respondent. With her on the brief was Fenner, Barnhisel & Morris, Corvallis.

S. David Eves, Corvallis, argued the cause for respondent—cross-appellant. With him on the brief was Ringo, Walton & Eves, P.C., Corvallis.

Before Schwab, Chief Judge, and Tanzer and Johnson, Judges.

PER CURIAM.

Affirmed. *McCoy and McCoy,* 28 Or App 919, 562 P2d 207, 29 Or App 287, 563 P2d 738 (1977). Costs to respondent—cross-appellant.